UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
         §
KOZACZKA, SLAWOMIR § Case No. 09-39826
         §
         Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

---

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Frances Gecker_____
                                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp Po Box 844 Spring House, PA 19477 | | | | | |
| | Air Resource Board 9480 Telstar Ave, Suite 4 El Monte, CA 91731 | | | | | |
| | Bloomingdales nb 9111 Duke Blvd Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Box 52126 Phoenix, AZ 85072-2126 | | | | | |
| | Citi Business Card Po Box 688905 Des Moines, IA 50368 | | | | | |
| | Citibank Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank na Po Box 769006 San Antonio, TX 78245 | | | | | |
| | Homeq Servicing Po Box 13716 Sacramento, CA 95853 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Macys nb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Sears Credit Cards P.O. Box 183082 Columbus, OH 43218 | | | | | |
| | T Mobile Po Box 74596 Cincinnati, OH 45274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TCH LLC/ Flying J 4185 Harrison Blvd #202 Ogden, UT 84403 | | | | | |
| | Teller, Levit, & Silvertrust P.C. 11 E. Adams #800 Chicago, IL 60603 | | | | | |
| | The Home Depot/Citibank sd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Universlal/Citi 8787 Baypines Jacksonville, FL 32201 | | | | | |
| | WAMU PO BOX 660487 Dallas, TX 75266 | | | | | |
| | WAMU PO BOX 660487 Dallas, TX 75266 | | | | | |
| | WDT 7333 N. Oak Park Ave. Niles, IL 60714 | | | | | |
| | WaMu PO BOX 78065 Phoenix, AZ 85062 | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000009 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL RECOVERY III LLC | | | | | |
| 000005 | CAPITAL RECOVERY III LLC | | | | | |
| 000006 | CAPITAL RECOVERY IV LLC | | | | | |
| 000001 | CHASE BANK USA NA | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-39826 | TAB | Judge: Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | KOZACZKA, SLAWOMIR | | | Date Filed (f) or Converted (c): | 10/23/09 (f) |
| | | | | 341(a) Meeting Date: | 12/11/09 |
| For Period Ending: | 01/10/14 | | | Claims Bar Date: | 07/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Checking account with Parkway Bank | 100.00 | 100.00 | | 0.00 | FA |
| 2. Personal Checking account with Chase | 0.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods and Used Furniture  Debtor Claimed Exemption | 1,500.00 | 500.00 | | 0.00 | FA |
| 4. Used books, compact discs family pictures | 100.00 | 100.00 | | 0.00 | FA |
| 5. Used Personal Clothing  Debtor Claimed Exemption | 800.00 | 0.00 | | 0.00 | FA |
| 6. 100% Shareholder of Monday Express, Inc. Business | 0.00 | 0.00 | | 0.00 | FA |
| 7. 1/2 interest in a potential breach of contract sui | Unknown | 10,000.00 | | 10,000.00 | FA |
| 8. 1997 Mercury Grand Marquis  Debtor Claimed Exemption | 800.00 | 800.00 | | 0.00 | FA |
| 9. 1998 Freightliner Semi | 4,000.00 | 600.00 | | 0.00 | FA |
| 10. 1998 Utility Trailer  Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.59 | FA |

LFORM1

Ver: 17.04c

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Case 09-39826   Doc 56   Filed 01/29/14   Entered 01/29/14 15:55:43   Desc Main
Document      Page 10 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

Case No:        09-39826      TAB    Judge: Timothy A. Barnes                     Trustee Name:                     Frances Gecker
Case Name:      KOZACZKA, SLAWOMIR                                                Date Filed (f) or Converted (c):  10/23/09 (f)
                                                                                  341(a) Meeting Date:              12/11/09
                                                                                  Claims Bar Date:                  07/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $9,300.00 | $12,100.00 | | $10,000.59 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 07/01/11    Current Projected Date of Final Report (TFR): 06/01/13

       /s/    Frances Gecker
_____     Date: _____
       FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-39826 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | KOZACZKA, SLAWOMIR | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5317 MONEY MARKET |
| Taxpayer ID No: | *******8559 | | | |
| For Period Ending: | 01/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/11 | 7 | Greater Illinois Title Company<br>120 N. LaSalle, 9th Floor<br>Chicago, Illinois 60602 | | 1141-000 | 10,000.00 | | 10,000.00 |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 10,000.01 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,000.10 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.18 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.26 |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,000.35 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.43 |
| 10/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.51 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,987.77 |
| 11/09/11 | 001000 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654<br><br>Fees 6,623.50<br>Expenses 7.00 | F/G fee app - Order dated 11/8/11<br><br><br><br>3110-000<br>3120-000 | | | 6,630.50 | 3,357.27 |

Page Subtotals: 10,000.51    6,643.24

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-39826 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | KOZACZKA, SLAWOMIR | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5317  MONEY MARKET |
| Taxpayer ID No: | *******8559 | | | |
| For Period Ending: | 01/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 3,357.32 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.68 | 3,349.64 |
| 12/29/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,349.67 |
| 12/29/11 | | Transfer to Acct #*******2368 | Bank Funds Transfer | 9999-000 | | 3,349.67 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,000.59 | 10,000.59 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,349.67 | |
| Subtotal | 10,000.59 | 6,650.92 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.59 | 6,650.92 | |

Page Subtotals        0.08        3,357.35

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39826 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | KOZACZKA, SLAWOMIR | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2368  GENERAL CHECKING |
| Taxpayer ID No: | *******8559 | | | |
| For Period Ending: | 01/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5317 | Bank Funds Transfer | 9999-000 | 3,349.67 | | 3,349.67 |
| 02/22/12 | 001000 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL  62794-9030 | FEIN: 35-6908559<br>2010 Form IL-1041 | 2820-000 | | 68.00 | 3,281.67 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 3,281.67 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,349.67 | 3,349.67 | 0.00 |
| Less:  Bank Transfers/CD's | 3,349.67 | 3,281.67 | |
| Subtotal | 0.00 | 68.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 68.00 | |

Page Subtotals    3,349.67    3,349.67

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39826 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | KOZACZKA, SLAWOMIR | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******6995 GENERAL CHECKING |
| Taxpayer ID No: | *******8559 | | | |
| For Period Ending: | 01/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,281.67 | | 3,281.67 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 2.67 | 3,279.00 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 7.33 | 3,271.67 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,261.67 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,251.67 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,241.67 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,231.67 |
| 10/16/13 | 010000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 1,750.06 | 1,481.61 |
| 10/16/13 | 010001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other<br><br>Fees            842.05<br>Expenses       11.30 | <br><br><br>3410-000<br>3420-000 | | 853.35 | 628.26 |
| 10/16/13 | 010002 | Chase Bank USA NA | Claim 000001, Payment 1.09% | 7100-000 | | 35.36 | 592.90 |
| | | | Page Subtotals | | 3,281.67 | 2,688.77 | |

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39826 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | KOZACZKA, SLAWOMIR | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******6995  GENERAL CHECKING |
| Taxpayer ID No: | *******8559 | | | |
| For Period Ending: | 01/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 15145<br>Wilmington, DE 19850-5145 | | | | | |
| 10/16/13 | 010003 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 1.09% | 7100-000 | | 140.67 | 452.23 |
| 10/16/13 | 010004 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 1.09% | 7100-000 | | 184.39 | 267.84 |
| 10/16/13 | 010005 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 1.09% | 7100-000 | | 123.69 | 144.15 |
| 10/16/13 | 010006 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 1.09% | 7100-000 | | 25.17 | 118.98 |
| 10/16/13 | 010007 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 1.09% | 7100-000 | | 20.14 | 98.84 |
| 10/16/13 | 010008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000007, Payment 1.09% | 7100-000 | | 14.04 | 84.80 |

Page Subtotals          0.00          508.10

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39826 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | KOZACZKA, SLAWOMIR | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******6995 GENERAL CHECKING |
| Taxpayer ID No: | *******8559 | | | |
| For Period Ending: | 01/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Malvern, PA 19355-0701 | | | | | |
| 10/16/13 | 010009 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 | Claim 000008, Payment 1.09% | 7100-000 | | 20.97 | 63.83 |
| 10/16/13 | 010010 | American InfoSource LP as agent for<br>FIA Card Services, NA/Bank of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 1.09% | 7100-000 | | 63.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,281.67 | 3,281.67 | 0.00 |
| Less: Bank Transfers/CD's | 3,281.67 | 0.00 | |
| Subtotal | 0.00 | 3,281.67 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 3,281.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5317 | 10,000.59 | 6,650.92 | 0.00 |
| GENERAL CHECKING - ********2368 | 0.00 | 68.00 | 0.00 |
| GENERAL CHECKING - ********6995 | 0.00 | 3,281.67 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,000.59 | 10,000.59 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  84.80

Ver: 17.04c

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit 9

| Case No: | 09-39826 -TAB | Trustee Name: | Frances Gecker |
| Case Name: | KOZACZKA, SLAWOMIR | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******6995 GENERAL CHECKING |
| Taxpayer ID No: | *******8559 | | |
| For Period Ending: | 01/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

Trustee's Signature: __/s/ Frances Gecker_____ Date: 01/10/14
FRANCES GECKER

Page Subtotals     0.00     0.00

Ver: 17.04c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*